UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLIFTON RAY JONES,

    Petitioner,

v.                                              Case No.:  3:14cv365/MCR/EMT

JULIE L. JONES,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 24, 2015.  (Doc. 25).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 23rd day of September 2015.

                                                 *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**